# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3103

_____

| | | |
|---|---|---|
| Michael O'Grady, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Marathon County Child Support | * | District of Minnesota. |
| Agency; Synthia O'Grady; Mort | * | |
| McBain; Thomas Finley; Scott Corbett; | * | [UNPUBLISHED] |
| Corbett Law Office; Paul Dirkse; Jane | * | |
| Huebsch; Robin Bentley; Bonnie | * | |
| Larsen-Rainville; Jenifer Soley; Stuart | * | |
| Rottier; Kelley Weber; Pietz and Slater; | * | |
| Donna Siedel; Youa Taylor; Michael | * | |
| Roman; Mark Klinner; Zalewski, | * | |
| Klinner and Kramer; Daniel Klint, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 6, 2008
Filed: June 26, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael O'Grady appeals the district court's[1] judgment dismissing his complaint for lack of subject matter jurisdiction. Following careful de novo review, we conclude dismissal was proper. *See Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 283-85, 287-88 n.2, 292 n.8 (2005); *Middlesex County Ethics Comm. v. Garden State Bar Ass'n*, 457 U.S. 423, 431-32 (1982). Accordingly, we affirm. *See* 8th Cir. R. 47B. The pending motions are denied.

───────────────────────

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.